IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FIL⌐ _____ *uk* _____

05 APR 20 PM 4. 4

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

STEPHEN LINDLEY,

    Defendant.

No. 03-20358-Ml

ROBERT R. DI⌐ ⌐C!IO
CLERK, U.S. DI⌐ CT.
W.D. OF TN, MEMPHIS

---

### ORDER AMENDING CONDITIONS OF RELEASE

---

Upon motion of the defendant, consent of the United States, consent of Pre-Trial Services, and for good cause shown, it is hereby:

ORDERED, ADJUDGED AND DECREED that Stephen B. Lindley is authorized to travel to the Northern District of Mississippi for the purpose of seeking and obtaining employment.  All other conditions of release previously set (R.14, Order Setting Conditions of Release) remain in full force and effect.

Entered this ___19___ day of April, 2005.

Jon P. McCalla
United States District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 4-22-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 277 in case 2:03-CR-20358 was distributed by fax, mail, or direct printing on April 22, 2005 to the parties listed.

---

Eric Scott Hall
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

Michael J. Stengel
STENGEL LAW FIRM
50 North Front Street
Ste. 850
Memphis, TN 38103--111

Lawrence W. Kern
KERN LAW FIRM
5118 Park Avenue
Ste. 600
Memphis, TN 38117--571

Leonard E. Lucas
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Howard Brett Manis
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT